# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00659-CR

**Mark Alan Norwood, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-12-900254, THE HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The State's brief was originally due June 23, 2017. On counsel's motions, the time for filing was extended to September 21. The State's counsel has now filed a fourth motion, requesting that the Court extend the time for filing the State's brief. We grant the motion for extension of time and order the State to file a brief no later than October 20, 2017. No further extension of time will be granted and failure to comply with this order will result in the case being submitted to this Court on the appellant's brief alone.

It is ordered on September 26, 2017.

Before Justices Puryear, Field, and Bourland

Do Not Publish